JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   8:20-cv-02236-CJC-KES             Date  4/7/2021
Title      RAMY ELIAS V. CIRRUS DESIGN CORPORATION ET AL

Present :  The Honorable  CORMAC J. CARNEY, U.S. DISTRICT JUDGE

| Cheryl Wynn | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None Present                                None Present

**Proceedings:**     **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF DISMISSAL**

   The Court is in receipt of Plaintiff's Notice of Dismissal of the entire action [28], and hereby orders the case dismissed with prejudice. Further, the Court orders all proceedings in the case vacated and taken off calendar.

                                                         _ : _
                                    Initials of Deputy Clerk: cw